United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IP CO., LLC and SIPCO, LLC,

    Plaintiffs,

  v.

CELLNET TECHNOLOGY, INC., et al.,

    Defendants
_____/

No. C 08-80126 MISC MMC

**ORDER REFERRING TO MAGISTRATE JUDGE MOTION TO COMPEL**

    Pursuant to Civil Local Rule 72-1, plaintiffs' "Motion to Compel Non-Party Zigbee Alliance to Produce Documents Responsive to Subpoena," filed June 17, 2008, is hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

    Counsel will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

    **IT IS SO ORDERED.**

Dated: June 20, 2008

MAXINE M. CHESNEY
United States District Judge