1  Richard I. Yankwich, (CA Bar No. 089924)
   richard.yankwich@dlapiper.com
2  Aaron Wainscoat, (CA Bar No. 218339)
   aaron.wainscoat@dlapiper.com
3  Rajiv Dharnidharka, (CA Bar No. 234756)
   rajiv.dharnidharka@dlapiper.com
4  DLA Piper US LLP
   2000 University Avenue
5  East Palo Alto, CA 94303-2215
   Tel: (650)833-2068
6  Fax: (650)687-1207

7  Paul A. Taufer, (PA Bar No. 58,934)
   paul.taufer@dlapiper.com
8  Darius C. Gambino, (PA Bar No. 83,496)
   darius.gambino@dlapiper.com
9  Michael L. Burns IV (PA Bar No. 204,365)
   michael.burns@dlapiper.com
10 DLA Piper US LLP
   One Liberty Place
11 1650 Market Street, Suite 4900
   Philadelphia, PA 19103
12 Tel: (215) 656-3385
   Fax: (215) 656-2498 or 2499
13
   Attorneys for ZIGBEE ALLIANCE
14

15                IN THE UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| IP CO., LLC and SIPCO, LLC, | CASE NO. C08-80126-MMC |
| Plaintiffs, | |
| v. | Civil Action File No. 1:06-CV-3048-JEC<br>United States District Court<br>For the Northern District of Georgia |
| CELLNET TECHNOLOGY, INC., TROPOS NETWORKS, INC., HUNT TECHNOLOGIES, LLC and B&L TECH COMPANY, INC., | **DECLARATION OF WILLIAM CHASE IN SUPPORT OF NON-PARTY ZIGBEE ALLIANCE'S OPPOSITION TO MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND REQUEST FOR SANCTIONS** |
| Defendants. | Date: TBD<br>Time: TBD<br>Court: Hon. Bernard Zimmerman |

-1-

DLA PIPER US LLP
EAST PALO ALTO

PHIL1\3874564.1 6/30/08

I, William Chase, declare as follows:

1. I am the Executive Director of the ZigBee Alliance ("ZigBee"). This Declaration is made in support of ZigBee's Opposition to the Motion to Compel Production of Documents filed by IP Co., LLC ("IPCO") and SIPCO, LLC ("SIPCO") (collectively, "IPCO"). I have personal knowledge of the statements herein and could competently testify thereto.

2. At the turn of the century, wireless providers saw a need for a cost-effective, standards-based wireless networking solution that supported low data-rates, low-power consumption, security and reliability.

3. To achieve these goals, a non-profit corporation was formed called the ZigBee Alliance ("ZigBee") and incorporated in 2002.

4. ZigBee's goal was, and is, to provide consumers with the ultimate in flexibility, mobility, and ease of use by building wireless intelligence and capabilities into everyday devices, such as broadband portals, utility metering systems and home thermostats.

5. Since its formation, ZigBee has become a global conglomerate of more than two hundred and seventy (270) member companies creating wireless solutions for use in residential, commercial and industrial applications.

6. ZigBee membership includes worldwide technology providers, such as Texas Instruments and Motorola, as well as smaller original equipment manufacturers.

7. Attached hereto as Exhibit A is a true and correct copy of a list of all ZigBee member companies, available at http://www.zigbee.org/en/about/members.asp.

8. Because of their litigious nature, IPCO were perceived by ZigBee as a threat to bring litigation against ZigBee, its members, and the wireless industry.

9. To address IPCO's attacks on the wireless industry, ZigBee consulted DLA Piper US LLP ("DLA Piper") on or about November 2005.

10. Sometime after the first meeting with DLA Piper on these issues, ZigBee requested that DLA Piper review US Pat. Nos. 6,044,062 (the "'062 Patent") and 6,249,516 (the "'516 Patent") owned by IPCO (collectively, the "Reexamination Patents").

11. To aid DLA Piper in its review, ZigBee put DLA Piper in contact with several of ZigBee's members.

12. ZigBee looked to its members to provide information and advice regarding IPCO and its patents, and ZigBee shared such information with DLA Piper to assist in the review of the Reexamination Patents.

13. The participation of ZigBee members in the DLA Piper review of the Reexamination Patents was essential to accomplishing the task at hand.

14. ZigBee voluntarily agreed to produce documents responsive to a subpoena from IPCO in order to avoid a costly motion to compel, even though such documents are arguably irrelevant to this action.

15. At the outset of the communications between DLA Piper, ZigBee and ZigBee's members regarding the Reexamination Patents, ZigBee apprised all participants of their duty to keep any communications regarding the legal advice sought from DLA Piper confidential.

16. ZigBee did not share any communications regarding the legal advice sought or received from DLA Piper regarding the Reexamination Patents with anyone outside of ZigBee and/or ZigBee's members.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on July 1, 2008 in San Ramon, California.

William Chase

# EXHIBIT A

PHIL1\3874584.1

# ZigBee® Alliance
### Wireless Control That Simply Works

Home | Contact Us | Downloads

Search

- Home
- About the Alliance
- Markets & Solutions
- Products & Certification
- Become a Member
- News Room
- Events & Meetings
- Learn More
- Contact Us
- Members' Area

**ABOUT THE ALLIANCE**
- Our Mission
- Board and Officers
- Our Members
- Organization Chart
- FAQ
- ZigBee Intro
- Awards

## Our Members

The ZigBee Alliance includes representatives from some of the finest companies and individuals in the industry. All of our members are committed to helping the Alliance achieve our mission. We offer three levels of membership (Promoter, Participant, and Adopter) and are currently accepting new members. Learn more about the benefits of ZigBee Alliance membership.

The ZigBee Alliance is a large, diverse ecosystem of companies providing everything from radio semiconductor chips, to finished products, with service, support, tools, testing and other companies in between. For a categorical breakdown of this ecosystem, click here.

Participants | Adopters

### Promoters



CellNet+Hunt

ember

freescale semiconductor

Itron

Honeywell




























| | | |
|---|---|---|
| Air2App Wireless Telemetry, Inc. | ARCX, Inc. | Aurel S.p.A. |
| Autani Corporation | Awarepoint Corporation | Aztech Associates, Inc. |
| Bartech Systems International, Inc. | Betronic Nederland BV | Bond Communications |
| CentraLite Systems, Inc. | Centre de Protoitips i Solucions HW/SW - Universitat Autonoma de Barcelona | CEST |
| Chunghwa Telecom Co., Ltd. | Cincinnati Technologies | Cipher Systems, Inc. |
| CityGrow Technology Company Limited | Colorado vNet | ConMed Linvatec |
| Contec Co., Ltd. | Corporate Systems Engineering | Crabtree Electrical Accessories SA |
| Crestron Electronics, Inc. | CROW Electronic Engineering | Data Respons A/S |
| DBS Lodging Technologies, LLC | Delphi Medical Systems | Distech Controls |
| Dometic GmbH | dresden elektronik ingenieurtechnik gmbh | EDMI, Ltd. |
| Energy Aware Technology, Inc. | Energy, Inc. | Freestyle Energy, Ltd. |
| Greenbox Technology, Inc. | Helicomm, Inc. | Holy Stone Enterprise Co., Ltd. |
| Hotech Edge Limited | Hunter Fan Company | IBBT VZW |
| IBM Research GmbH | iControl, Inc. | iMonitor Research, Ltd. |
| IMST GmbH | Indesign, LLC | Industrial Interface, Ltd. |
| Infotech Enterprises Limited | Inncom International, Inc. | iRevo |
| J-S Co.Neurocom | KEPAR Electronica S.A. | KLG Systel, Ltd. |
| Knick Elektronische Meßgeräte GmbH & Co. | Larsen & Toubro Ltd. | Living Independendently Group, Inc. |
| Lucerne University of Applied Sciences - CEESAR | Mambo Technologies, Ltd. | MechoShade Systems, Inc. |
| Melexis Connectivity Solutions | Millennium Electronics, PTY Ltd. | Mobilarm Pty, Ltd. |

| | | |
|---|---|---|
| MU Net | Newport Electronics | Niigata Seimitsu Co., Ltd. |
| Niles Audio Corporation | NMB Technologies Corporation | NURI Telecom Co., Ltd. |
| Oi Electric Co., Ltd. | Onity, Inc. | Onset Computer Corporation |
| Open Technologies 98 | OPNET Technologies, Inc. | OPTO 22 |
| Orbis Tecnologia Electrica S.A. | OS Technology, Inc. | Perytons, Ltd. |
| Piasim Corporation Pte., Ltd. | Point Six Wireless | PowerMand, Inc. |
| PRI Limited | Procept PTY, Ltd. | Profile Systems, LLC |
| Radiocrafts AS | Raymarine U.K. Limited | Remote Technologies, Inc. (RTI) |
| RF Arrays, Inc. | Rosenwach Tank, LLC | Satyam Computer Services, Ltd. |
| Saudi Aramco | Schindler Elevator Ltd. | Seasolve Software, Inc. |
| Sensor Switch, Inc. | SENTIENTZ LTD | Shenyang Institute of Automation |
| Silicon & Software Systems (S3) | Site Controls | SITEK SPA |
| SMS Tecnologia Eletronica, Ltd. | Solidica, Inc. | Step One Limited |
| Synapse | Talon Communications, Inc. | Tanla Solutions Limited |
| Tantalus Systems Corporation | Technical Solutions, Inc. | Telenor R & I |
| Telkonet, Inc. | Tessolve Services Private Limited | Timelox AB |
| Truveon Corp. | TTA (Telecommunications Technology Association) | UNIS, s r. o. |
| Universal Lighting Technologies | V2 Elettronica SpA | V2 Telecom |
| VT Miltope Corporation | Wellspring Wireless | WhizNets, Inc. |
| Wireless Glue Networks, Inc. | Wireless Measurement, Ltd. | Yaskawa Information Systems Corporation |
| ZAO NTC TEKO | | |

Top Of Page

Home | About Us | News & Events | Products | Resources | Join | Members' Area | Contact Us
© Copyright 2008 ZigBee Alliance All Rights Reserved | Privacy Policy | Managed by: Global Inventures, Inc.