1  Richard I. Yankwich, (CA Bar No. 089924)
   richard.yankwich@dlapiper.com
2  Aaron Wainscoat, (CA Bar No. 218339)
   aaron.wainscoat@dlapiper.com
3  Rajiv Dharnidharka, (CA Bar No. 234756)
   rajiv.dharnidharka@dlapiper.com
4  DLA Piper US LLP
   2000 University Avenue
5  East Palo Alto, CA  94303-2215
   Tel:  (650)833-2068
6  Fax:  (650)687-1207

7  Paul A. Taufer, (PA Bar No. 58,934)
   paul.taufer@dlapiper.com
8  Darius C. Gambino, (PA Bar No. 83,496)
   darius.gambino@dlapiper.com
9  Michael L. Burns IV (PA Bar No. 204,365)
   michael.burns@dlapiper.com
10 DLA Piper US LLP
   One Liberty Place
11 1650 Market Street, Suite 4900
   Philadelphia, PA  19103
12 Tel: (215) 656-3385
   Fax: (215) 656-2498 or 2499
13
   Attorneys for ZIGBEE ALLIANCE
14

15                    IN THE UNITED STATES DISTRICT COURT

16                       NORTHERN DISTRICT OF CALIFORNIA

17

| IP CO., LLC and SIPCO, LLC, | CASE NO.  08-mc-80126-MMC |
|---|---|
| Plaintiffs, | |
| v. | Civil Action File No. 1:06-CV-3048-JEC United States District Court For the Northern District of Georgia |
| CELLNET TECHNOLOGY, INC., TROPOS NETWORKS, INC., HUNT TECHNOLOGIES, LLC and B&L TECH COMPANY, INC., | |
| Defendants. | **[PROPOSED] ORDER DENYING IP CO. AND SIPCO'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND AWARD OF SANCTIONS** |
| | Date:  TBD Time:  TBD Court:  Hon. Bernard Zimmerman |

1  The Motion to Compel Non-Party ZigBee Alliance ("ZigBee") to Produce Documents Responsive to the Subpoena of IP Co., LLC and SIPCO, LLC (collectively, "IPCO") came before the Court, the Honorable Bernard Zimmerman presiding.

Having reviewed and fully considered IPCO's Motion and ZigBee's Opposition thereto, IT IS HEREBY ORDERED that:

(1) IPCO's Motion is DENIED;

(2) ZigBee shall submit an accounting for reasonable expenses and costs incurred on or before _____; and

(3) IPCO shall pay sanctions and reasonable expenses to ZigBee on or before _____.

IT IS SO ORDERED.


Dated: _____, 2008      _____
                                  Bernard Zimmerman
                                  United States Magistrate Judge