| | |
|---|---|
| 1 | Richard I. Yankwich, (CA Bar No. 089924) |
|   | richard.yankwich@dlapiper.com |
| 2 | Aaron Wainscoat, (CA Bar No. 218339) |
|   | aaron.wainscoat@dlapiper.com |
| 3 | Rajiv Dharnidharka, (CA Bar No. 234756) |
|   | rajiv.dharnidharka@dlapiper.com |
| 4 | DLA Piper US LLP |
|   | 2000 University Avenue |
| 5 | East Palo Alto, CA 94303-2215 |
|   | Tel: (650)833-2068 |
| 6 | Fax: (650)687-1207 |
| 7 | Paul A. Taufer, (PA Bar No. 58,934) |
|   | paul.taufer@dlapiper.com |
| 8 | Darius C. Gambino, (PA Bar No. 83,496) |
|   | darius.gambino@dlapiper.com |
| 9 | Michael L. Burns IV (PA Bar No. 204,365) |
|   | michael.burns@dlapiper.com |
| 10 | DLA Piper US LLP |
|    | One Liberty Place |
| 11 | 1650 Market Street, Suite 4900 |
|    | Philadelphia, PA 19103 |
| 12 | Tel: (215) 656-3385 |
|    | Fax: (215) 656-2498 or 2499 |

Attorneys for ZIGBEE ALLIANCE

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IP CO., LLC and SIPCO, LLC, | CASE NO. 08-mc-80126-MMC |
| Plaintiffs, | |
| v. | Civil Action File No. 1:06-CV-3048-JEC |
|    | United States District Court |
| CELLNET TECHNOLOGY, INC., TROPOS NETWORKS, INC., HUNT TECHNOLOGIES, LLC and B&L TECH COMPANY, INC., | For the Northern District of Georgia |
|    | **PROOF OF SERVICE** |
| Defendants. | Date: TBD |
|    | Time: TBD |
|    | Court: Hon. Bernard Zimmerman |

## PROOF OF SERVICE

I hereby certify that on July 1, 2008, I electronically filed the following documents:

1. **NON-PARTY ZIGBEE ALLIANCE'S OPPOSITION TO MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND REQUEST FOR SANCTIONS**

2. **[PROPOSED] ORDER DENYING IP CO. AND SIPCO'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND AWARD OF SANCTIONS**

3. **DECLARATION OF PAUL TAUFER IN SUPPORT OF NON-PARTY ZIGBEE ALLIANCE'S OPPOSITION TO MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND REQUEST FOR SANCTIONS**

4. **DECLARATION OF WILLIAM CHASE IN SUPPORT OF NON-PARTY ZIGBEE ALLIANCE'S OPPOSITION TO MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND REQUEST FOR SANCTIONS**

with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Lina M. Brenner
Antony L. Sanacory
Duane Morris LLP
One Market Street, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
F: 415-957-3001
T: 415-957-3000
Email: lmbrenner@duanemorris.com
        alsancory@duanemorris.com

Bruce P. Brown
McKenna Long & Aldridge LLP
303 Peachtree Street, Suite 5300
Atlanta, GA 30308
F: 404-527-4198
T: 404-527-4000
Email: bbrown@mckennalong.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 1, 2008, at East Palo Alto, California.

_____
Trina M. Walker