UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IP CO., LLC, and SIPCO, LLC,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>CELLNET TECHNOLOGY, INC., et al.,<br><br>　　　　Defendant(s). | No. C08-80126 MISC MMC (BZ)<br><br>**BRIEFING ORDER** |

Having been referred plaintiffs' motion to compel non-party Zigbee Alliance to produce documents responsive to subpoena, **IT IS HEREBY ORDERED** as follows:

1. Any opposition shall be filed by **July 14, 2008**;

2. Plaintiffs' reply, if any, shall be filed by **July 23, 2008**;

3. A hearing, if necessary, is scheduled for **August 13, 2008.**

Dated: July 1, 2008

　　　　　　　　　　　　　　　　　／s／ Bernard Zimmerman
　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-REFS\IP CO. V. CELLNET\Briefing Order.wpd

1