1 Richard I. Yankwich, (CA Bar No. 089924)
richard.yankwich@dlapiper.com
2 Aaron Wainscoat, (CA Bar No. 218339)
aaron.wainscoat@dlapiper.com
3 Rajiv Dharnidharka, (CA Bar No. 234756)
rajiv.dharnidharka@dlapiper.com
4 DLA Piper US LLP
2000 University Avenue
5 East Palo Alto, CA 94303-2215
Tel: (650)833-2068
6 Fax: (650)687-1207

7 Paul A. Taufer, (PA Bar No. 58,934)
paul.taufer@dlapiper.com
8 Darius C. Gambino, (PA Bar No. 83,496)
darius.gambino@dlapiper.com
9 Michael L. Burns IV (PA Bar No. 204,365)
michael.burns@dlapiper.com
10 DLA Piper US LLP
One Liberty Place
11 1650 Market Street, Suite 4900
Philadelphia, PA 19103
12 Tel: (215) 656-3385
Fax: (215) 656-2498 or 2499
13
Attorneys for ZIGBEE ALLIANCE
14

15 IN THE UNITED STATES DISTRICT COURT

16 NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IP CO., LLC and SIPCO, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CELLNET TECHNOLOGY, INC., TROPOS NETWORKS, INC., HUNT TECHNOLOGIES, LLC and B&L TECH COMPANY, INC.,<br><br>Defendants. | CASE NO. 08-mc-80126-MMC<br><br>Civil Action File No.<br>1:06-CV-3048-JEC<br>United States District Court<br>For the Northern District of Georgia<br><br>**DECLARATION OF EDGAR CALLAWAY IN SUPPORT OF NON-PARTY ZIGBEE ALLIANCE'S OPPOSITION TO MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND REQUEST FOR SANCTIONS**<br><br>Date: August 13, 2008<br>Time: TBD<br>Court: Hon. Maxine M. Chesney |

DLA PIPER US LLP
EAST PALO ALTO

PHIL1\3874493.1 6/30/08

-1-

1  I, Edgar Callaway, declare as follows:

2  1. I am currently Fellow of the Technical Staff, Applied Research and Technology Center for Motorola, Inc ("Motorola"). I received a B.S. degree in mathematics and an M.S.E.E. degree from the University of Florida in 1979 and 1983, respectively, an M.B.A. degree from Nova (now Nova-Southeastern) University in 1987, and a Ph.D. degree in computer engineering from Florida Atlantic University in 2002. I am a Registered Professional Engineer (Florida), and I have many issued patents and published papers. This Declaration is made in support of ZigBee's Opposition to the Motion to Compel Production of Documents filed by IP Co., LLC ("IPCO") and SIPCO, LLC ("SIPCO") (collectively, "IPCO"). I have personal knowledge of the statements herein and could competently testify thereto.

2. From approximately 2003 to 2005, I was a member of the Board of Directors of the ZigBee Alliance ("ZigBee"). ZigBee is an association of companies working together to enable reliable, cost-effective, low-power, wirelessly networked, monitoring and control products based on an open global standard. Motorola has been a member of ZigBee since its founding in 2002. Because of its litigious nature, IPCO was perceived as a threat to bring litigation against ZigBee and/or its members.

3. To aid ZigBee's counsel DLA Piper US LLP ("DLA Piper") in its review of IPCO's patent portfolio including US Pat. Nos. 6,044,062 (the "'062 Patent") and 6,249,516 (the "'516 Patent") (collectively, the "Reexamination Patents"), I communicated with ZigBee, ZigBee's members, DLA Piper and Gallitano & O'Connor LLP ("G&O"), who is also counsel to ZigBee.

4. I understood at the outset of the communications with ZigBee, ZigBee's members, DLA Piper and G&O that all communications regarding IPCO and the Reexamination Patents were confidential and related to analyzing a legal position for ZigBee on behalf of its members.

5. I did not share the content of any such communications between myself, DLA Piper, G&O, ZigBee and ZigBee's members with anyone outside of ZigBee, ZigBee's members, or their counsel or for any purpose unrelated to a legal analysis of the defense of claims alleged by IPCO.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on July 2, 2008 in Ft. Lauderdale, Florida.

Edgar Callaway