Richard I. Yankwich, (CA Bar No. 089924)
richard.yankwich@dlapiper.com
Aaron Wainscoat, (CA Bar No. 218339)
aaron.wainscoat@dlapiper.com
Rajiv Dharnidharka, (CA Bar No. 234756)
rajiv.dharnidharka@dlapiper.com
DLA Piper US LLP
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: (650)833-2068
Fax: (650)687-1207

Paul A. Taufer, (PA Bar No. 58,934)
paul.taufer@dlapiper.com
Darius C. Gambino, (PA Bar No. 83,496)
darius.gambino@dlapiper.com
Michael L. Burns IV (PA Bar No. 204,365)
michael.burns@dlapiper.com
DLA Piper US LLP
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA 19103
Tel: (215) 656-3385
Fax: (215) 656-2498 or 2499

Attorneys for ZIGBEE ALLIANCE

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IP CO., LLC and SIPCO, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CELLNET TECHNOLOGY, INC., TROPOS NETWORKS, INC., HUNT TECHNOLOGIES, LLC and B&L TECH COMPANY, INC.,<br><br>Defendants. | CASE NO. 08-mc-80126-MMC<br><br>Civil Action File No.<br>1:06-CV-3048-JEC<br>United States District Court<br>For the Northern District of Georgia<br><br>**DECLARATION OF SKIP ASHTON IN SUPPORT OF NON-PARTY ZIGBEE ALLIANCE'S OPPOSITION TO MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND REQUEST FOR SANCTIONS**<br><br>Date: August 13, 2008<br>Time: TBD<br>Court: Hon. Maxine M. Chesney |

-1-

I, Skip Ashton, declare as follows:

1. I am the Vice President of Engineering of Ember Corporation ("Ember"). This Declaration is made in support of ZigBee's Opposition to the Motion to Compel Production of Documents filed by IP Co., LLC ("IPCO") and SIPCO, LLC ("SIPCO") (collectively, "IPCO"). I have personal knowledge of the statements herein and could competently testify thereto.

2. I am the Chairman of the ZigBee Alliance ("ZigBee") Architectural Review Counsel. ZigBee is an association of companies working together to enable reliable, cost-effective, low-power, wirelessly networked, monitoring and control products based on an open global standard. Ember has been a member of ZigBee since 2002. Ember is a key promoter and member on the Board of ZigBee. Because of its litigious nature, IPCO was perceived as a threat to bring litigation against ZigBee and/or its members.

3. To aid ZigBee's counsel DLA Piper US LLP ("DLA Piper") in its review of IPCO's patent portfolio including US Pat. Nos. 6,044,062 (the "'062 Patent") and 6,249,516 (the "'516 Patent") (collectively, the "Reexamination Patents"), I communicated with ZigBee, ZigBee members, DLA Piper and Gallitano & O'Connor LLP ("G&O"), who is also counsel to ZigBee.

4. I understood at the outset of the communications with ZigBee, ZigBee's members, DLA Piper and G&O that all communications regarding IPCO and the Reexamination Patents were confidential and related to analyzing a legal position for ZigBee on behalf of its members.

5. I did not share the content of any such communications between myself, DLA Piper, G&O, ZigBee and ZigBee's members with anyone outside of ZigBee, ZigBee's members, or their counsel or for any purpose unrelated to a legal analysis of the defense of claims alleged by IPCO.

///

///

1  I declare under penalty of perjury that the foregoing is true and correct and that this Declaration
2  was executed on ___July 9th___ 2008 in ___Bvsт___, ___Massachusetts___.

                                                              */s/ Skip Ashton*

                                                                Skip Ashton