1  Richard I. Yankwich, (CA Bar No. 089924)
   richard.yankwich@dlapiper.com
2  Aaron Wainscoat, (CA Bar No. 218339)
   aaron.wainscoat@dlapiper.com
3  Rajiv Dharnidharka, (CA Bar No. 234756)
   rajiv.dharnidharka@dlapiper.com
4  DLA Piper US LLP
   2000 University Avenue
5  East Palo Alto, CA  94303-2215
   Tel:  (650)833-2068
6  Fax:  (650)687-1207

7  Paul A. Taufer, (PA Bar No. 58,934)
   paul.taufer@dlapiper.com
8  Darius C. Gambino, (PA Bar No. 83,496)
   darius.gambino@dlapiper.com
9  Michael L. Burns IV (PA Bar No. 204,365)
   michael.burns@dlapiper.com
10 DLA Piper US LLP
   One Liberty Place
11 1650 Market Street, Suite 4900
   Philadelphia, PA  19103
12 Tel: (215) 656-3385
   Fax: (215) 656-2498 or 2499

13
   Attorneys for ZIGBEE ALLIANCE
14

15                      IN THE UNITED STATES DISTRICT COURT

16                         NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| IP CO., LLC and SIPCO, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CELLNET TECHNOLOGY, INC., TROPOS NETWORKS, INC., HUNT TECHNOLOGIES, LLC and B&L TECH COMPANY, INC.,<br><br>Defendants. | CASE NO.  08-mc-80126-MMC<br>_____<br><br>Civil Action File No.<br>1:06-CV-3048-JEC<br>United States District Court<br>For the Northern District of Georgia<br><br>**[AMENDED PROPOSED] ORDER DENYING IP CO. AND SIPCO'S MOTION TO COMPEL PRODUCTION**<br><br>Date:  August 13, 2008<br>Time:  10:00 AM<br>Court:  Hon. Bernard Zimmerman |

1   The Motion to Compel Non-Party ZigBee Alliance ("ZigBee") to Produce Documents
2   Responsive to the Subpoena of IP Co., LLC and SIPCO, LLC (collectively, "IPCO") came before
3   the Court, the Honorable Bernard Zimmerman presiding.
4   
5   Having reviewed and fully considered IPCO's Motion and ZigBee's Opposition thereto,
6   IT IS HEREBY ORDERED that:
7   (1) IPCO's Motion is DENIED; and
8   (2) ZigBee is granted leave to file a motion for sanctions pursuant to Federal Rules 26, 37
9   and 45 and Local Rule 7-8 on or before _____.
10  IT IS SO ORDERED.
11  
12  
    Dated: _____, 2008        _____
13                                      Hon. Bernard Zimmerman
                                        United States Magistrate Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DLA PIPER US LLP
EAST PALO ALTO

WEST\21467629.1 7/14/08

-2-
[AMENDED PROPOSED] ORDER DENYING IPCO'S MOTION TO COMPEL
CASE NO. 08-80126 MMC