Clerk's Use Only

Initial for fee pd.:

Paul A. Taufer (PA Bar No. 58,934)
DLA PIPER US LLP
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA 19103  (215) 656-3385

FILED
08 JUL 11 PM 3:08

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IP CO., LLC and SIPCO, LLC

              Plaintiff(s),

   v.

CELLNET TECHNOLOGY, INC., et al.

             Defendant(s).

CASE NO. 08-mc-80126-MMC

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Paul A. Taufer, an active member in good standing of the bar of US District Court for the Eastern District of PA, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Non-Party Zigbee Alliance in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Richard I. Yankwich, DLA Piper US LLP, 2000 University Avenue, East Palo Alto, CA 94303-2215, (650) 833-2068

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 07/10/08

Paul A. Taufer

UNITED STATES DISTRICT COURT

Northern District of California

IP CO., LLC and SIPCO, LLC

CASE NO. 08-mc-80126-MMC

Plaintiff(s),

v.

CELLNET TECHNOLOGY, INC., et al.

(Proposed)
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Defendant(s).
_____ /

Paul A. Taufer, an active member in good standing of the bar of US District Court for the Eastern District of PA whose business address and telephone number (particular court to which applicant is admitted) is

DLA PIPER USLLP
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA 19103  (215) 656-3385

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Non-Party Zigbee Alliance

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States Magistrate Judge
Honorable Bernard Zimmerman