UNITED STATES DISTRICT COURT

Northern District of California

IP CO., LLC and SIPCO, LLC

Plaintiff(s),

v.

CELLNET TECHNOLOGY, INC., et al.

Defendant(s).

CASE NO. 08-mc-80126-MMC

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Paul A. Taufer , an active member in good standing of the bar of US District Court for the Eastern District of PA whose business address and telephone number (particular court to which applicant is admitted) is

DLA PIPER USLLP
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA 19103  (215) 656-3385

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Non-Party Zigbee Alliance.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 17-J-y 08

_____
United States Magistrate Judge
Honorable Bernard Zimmerman