Lina M. Brenner (CA Bar No. 191075)
Antony L. Sanacory (GA Bar No. 625195))
Duane Morris LLP
One Market, Spear Tower, Suite 2000
San Francisco, CA  94105-1104
Telephone:  (415) 957.3000
Facsimile:  (415) 957.3001
Email: lmbrenner@duanemorris.com
       alsancory@duanemorris.com

Bruce P. Brown (GA Bar No. 064460)
McKenna Long & Aldridge LLP
Suite 5300, 303 Peachtree Street
Atlanta, Georgia  30308
Telephone: (404) 527-4000
Facsimile:  (404) 527-4198
Email:  bbrown@mckennalong.com

ATTORNEY FOR PLAINTIFFS
IP CO., LLC and SIPCO, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IP CO., LLC and SIPCO, LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>CELLNET TECHNOLOGY, INC., TROPOS NETWORKS, INC., HUNT TECHNOLOGIES, LLC and B&L TECH COMPANY, INC.,<br><br>    Defendants. | CASE NO. 08-mc-80126-MMC<br><br>CIVIL ACTION FILE NO.<br>1:06-CV-3048-JEC<br>United States District Court<br>For the Northern District of Georgia<br><br>**[PROPOSED] ORDER IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL NON-PARTY ZIGBEE ALLIANCE TO PRODUCE DOCUMENTS RESPONSIVE TO SUBPOENA**<br><br>Date:    August 13, 2008<br>Time:    10:00 a.m.<br>Judge:   Hon. Bernard Zimmerman |

**Proposed Order**

Having reviewed the pleadings, heard oral argument, and considered the arguments, evidence and other information presented to the Court,

**IT IS HEREBY ORDERED THAT:**

Plaintiffs' Motion to Compel (the "Motion") is hereby **GRANTED**, and Respondent The ZigBee Alliance ("ZigBee") is hereby ordered to produce to Plaintiffs, within ten days of this order, unredacted copies of Items Numbered 1-223 of ZigBee's privilege log.  In addition, Plaintiffs are hereby granted leave to file a motion seeking attorney fees for their efforts in conjunction with this motion and for the additional discovery efforts undertaken with regard to ZigBee members.

Dated:  August ___, 2008

Honorable Bernard Zimmerman
United States District Court Judge