| | |
|---|---|
| 1 | Lina M. Brenner (CA Bar No. 191075) |
| | Antony L. Sanacory (GA Bar No. 625195)) |
| 2 | Duane Morris LLP |
| | One Market, Spear Tower, Suite 2000 |
| 3 | San Francisco, CA  94105-1104 |
| | Telephone:  (415) 957.3000 |
| 4 | Facsimile:  (415) 957.3001 |
| | Email: lmbrenner@duanemorris.com |
| 5 | alsancory@duanemorris.com |
| 6 | Bruce P. Brown (GA Bar No. 064460) |
| | McKenna Long & Aldridge LLP |
| 7 | Suite 5300, 303 Peachtree Street |
| | Atlanta, Georgia  30308 |
| 8 | Telephone: (404) 527-4000 |
| | Facsimile:  (404) 527-4198 |
| 9 | Email:  bbrown@mckennalong.com |
| 10 | ATTORNEY FOR PLAINTIFFS |
| | IP CO., LLC and SIPCO, LLC |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IP CO., LLC and SIPCO, LLC,** | **CASE NO. 3:08-mc-80126-MMC** |
| Plaintiffs, | |
| vs. | CIVIL ACTION FILE NO. 1:06-CV-3048-JEC |
| **CELLNET TECHNOLOGY, INC., TROPOS NETWORKS, INC., HUNT TECHNOLOGIES, LLC and B&L TECH COMPANY, INC.,** | United States District Court For the Northern District of Georgia |
| Defendants. | **REQUEST FOR [AND NOTICE OF] APPEARANCE BY TELEPHONE OF OUT-OF-STATE COUNSEL AT PLAINTIFFS' MOTION TO COMPEL NON-PARTY ZIGBEE ALLIANCE TO PRODUCE DOCUMENTS RESPONSIVE TO SUBPOENA BY IP CO., LLC AND SIPCO, LLC AND [PROPOSED] ORDER** |
| | Date:    August 13, 2008 |
| | Time:   10:00 a.m. |
| | Judge:  Bernard Zimmerman |

1
NOTICE OF APPEARANCE BY PHONE OF OUT-OF-STATE COUNSEL AND PROPOSED ORDER
DM1\1373982.1

Plaintiffs respectfully request permission for out-of-state counsel Bruce P. Brown of McKenna Long & Aldridge LLP, and Anthony L. Sanacory, both counsel for Plaintiffs IP CO., LLC and SIPCO, LLC, to appear telephonically at the August 13, 2008 hearing on the Motion To Compel ("Motion").  Local counsel Lina M. Brenner of Duane Morris LLP will personally appear at the hearing.  Given the narrow issues addressed in the Motion, and the personal knowledge of the out-of-state counsel concerning the underlying facts in support of same, Plaintiffs respectfully submit that adjudication of the Motion, to the extent the Court deems a hearing required, would be aided by telephonic appearance of the above-named out-of-state counsel.

.
Dated:  August 5, 2008                                         DUANE MORRIS LLP


                                                               By:    /s/  Lina M. Brenner
                                                                      Lina M. Brenner
                                                                      Attorneys for Plaintiffs
                                                                      IP CO., LLC AND SIPCO, LLC


Permission for telephonic appearance by Bruce P. Brown of McKenna Long & Aldridge LLP, and Anthony L. Sanacory, counsel for Plaintiffs IP CO., LLC and SIPCO, LLC, is hereby GRANTED.

                                                               By:  _____
                                                                      Hon. Bernard Zimmerman
                                                                      United States District Court Judge