1  Lina M. Brenner (CA Bar No. 191075)
   Antony L. Sanacory (GA Bar No. 625195))
2  Duane Morris LLP
   One Market, Spear Tower, Suite 2000
3  San Francisco, CA  94105-1104
   Telephone:  (415) 957.3000
4  Facsimile:  (415) 957.3001
   Email: lmbrenner@duanemorris.com
5          alsancory@duanemorris.com

6  Bruce P. Brown (GA Bar No. 064460)
   McKenna Long & Aldridge LLP
7  Suite 5300, 303 Peachtree Street
   Atlanta, Georgia  30308
8  Telephone: (404) 527-4000
   Facsimile:  (404) 527-4198
9  Email:  bbrown@mckennalong.com

10 ATTORNEY FOR PLAINTIFFS
   IP CO., LLC and SIPCO, LLC

11

12                **IN THE UNITED STATES DISTRICT COURT**

13                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| 15  **IP CO., LLC and SIPCO, LLC,** | **CASE NO. 3:08-mc-80126-MMC** |
| 16         Plaintiffs, | |
| 17  vs. | CIVIL ACTION FILE NO. 1:06-CV-3048-JEC<br>United States District Court |
| 18  **CELLNET TECHNOLOGY, INC., TROPOS NETWORKS, INC., HUNT TECHNOLOGIES,** | For the Northern District of Georgia |
| 19  **LLC and B&L TECH COMPANY, INC.,** | **REQUEST FOR [AND NOTICE OF] APPEARANCE BY** |
| 20        **Defendants.** | **TELEPHONE OF OUT-OF-STATE COUNSEL AT** |
| 21 | **PLAINTIFFS' MOTION TO COMPEL NON-PARTY ZIGBEE** |
| 22 | **ALLIANCE TO PRODUCE DOCUMENTS RESPONSIVE TO** |
| 23 | **SUBPOENA BY IP CO., LLC AND SIPCO, LLC AND [PROPOSED]** |
| 24 | **ORDER** |
| 25 | Date:    August 13, 2008<br>Time:    10:00 a.m. |
| 26 | Judge:   Bernard Zimmerman |

27

28

Plaintiffs respectfully request permission for out-of-state counsel Bruce P. Brown of McKenna Long & Aldridge LLP, and Anthony L. Sanacory, both counsel for Plaintiffs IP CO., LLC and SIPCO, LLC, to appear telephonically at the August 13, 2008 hearing on the Motion To Compel ("Motion"). Local counsel Lina M. Brenner of Duane Morris LLP will personally appear at the hearing. Given the narrow issues addressed in the Motion, and the personal knowledge of the out-of-state counsel concerning the underlying facts in support of same, Plaintiffs respectfully submit that adjudication of the Motion, to the extent the Court deems a hearing required, would be aided by telephonic appearance of the above-named out-of-state counsel.

Dated: August 5, 2008                                  DUANE MORRIS LLP

                                                       By: /s/ Lina M. Brenner
                                                           Lina M. Brenner
                                                           Attorneys for Plaintiffs
                                                           IP CO., LLC AND SIPCO, LLC

Permission for telephonic appearance by Bruce P. Brown of McKenna Long & Aldridge LLP, and Anthony L. Sanacory, counsel for Plaintiffs IP CO., LLC and SIPCO, LLC, is hereby GRANTED.



                                                       By: _____
                                                           Hon. Bernard Zimmerman
                                                           United States District Court Judge

                                                       DENIED. The court does not permit telephonic oral argument on motions.
                                                       DATED: 8/6/2008